Name and address:

Charles Swift
CLCMA
833 East Arapaho Road, Suite 102
Richardson, TX, 75081

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Mohamed Al Seraji

Plaintiff(s),

v.

Peter Neffenger, Transportation Security Administration's Nicholas Vicencia, et. al. Defendant(s),

CASE NUMBER

APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE
PRO HAC VICE

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically (using the Court's CM/ECF System), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $325 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $325 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

**SECTION I - INFORMATION**

Swift, Charles D.
*Applicant's Name (Last Name, First Name & Middle Initial)*                        check here if federal government attorney ☐

Constitutional Law Center for Muslims in America (CLCMA)
*Firm/Agency Name*

833 E. Arapaho Rd.                        972-914-2507                        972-692-7454
                                          *Telephone Number*                  *Fax Number*
Suite 102
*Street Address*

Richardson, TX, 75081                     cswift@clcma.org
*City, State, Zip Code*                   *E-mail Address*

I have been retained to represent the following parties:

Al Seraji, Mohamed                        ☒ Plaintiff(s) ☐ Defendant(s) ☐ Other: _____

_____                   ☐ Plaintiff(s) ☐ Defendant(s) ☐ Other: _____
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| See Attached | | |
| | | |
| | | |

G-64 (6/16)        APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE        Page 1 of 3

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 2:13-cr-00622 | US v. Chavez | 8/30/13 | granted |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Has the applicant previously registered as a CM/ECF user in the Central District of California?   ☒ Yes   ☐ No

If yes, was the applicant's CM/ECF User account associated with the e-mail address provided above?   ☒ Yes   ☐ No

cswift@prolegaldefense.com
Previous E-mail Used (if applicable)

*Attorneys must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case. Pursuant to Local Rule 5-3.2.3, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:
(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated   8/15/2016

Charles D. Swift
Applicant's Name (please type or print)

Applicant's Signature

SECTION III - DESIGNATION OF LOCAL COUNSEL

Satar, Yalda
*Designee's Name (Last Name, First Name & Middle Initial)*

Council on American-Islamic Relations
*Firm/Agency Name*

2180 W. Crescent Ave.
Suite F
*Street Address*

Anaheim, CA 92801
*City, State, Zip Code*

714-776-1177
*Telephone Number*

714-776-8340
*Fax Number*

ySatar@cair.com
*E-mail Address*

304366
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law.

Dated 09/02/16

Yalda Satar
*Designee's Name (please type or print)*

*Designee's Signature*

SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

## Admitted to practice before these Federal courts:

1) U.S. Supreme Court – 03/01/06
2) U.S. Court of Appeals – 2nd Circuit – 07/24/15
3) U.S. Court of Appeals – 3rd Circuit – 08/09/16
4) U.S. Court of Appeals – 8th Circuit – 07/29/15
5) U.S. Court of Appeals – 9th Circuit – 12/05/08
6) Court of Appeals – Armed Forces – 05/17/11 #35357
7) US District Court – Western District of Washington – Dec. 2009
8) US District Court – Eastern District of Texas – 10/31/13
9) US District Court – Eastern District of North Carolina – 02/01/12
10) US District Court – Eastern District of Michigan – 10/14/10
11) US District Court – Northern District of Texas – 06/23/15
12) US DOJ Immigration Court – 10/27/2015 #ZZ957451
13) US District Court – District of Columbia – 12/07/15

## Admitted to practice before these State courts:

1) North Carolina Supreme Court (August 26, 1994) #21084
2) District of Columbia Court of Appeals (May 1, 2009) #987351
3) State Bar of Washington (October 27, 2009) #41671
4) State Bar of Texas (October 23, 2014) #24091964

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, **BLAKE HAWTHORNE**, Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Charles Davidson Swift**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 23rd day of October, 2014.

I further certify that the records of this office show that, as of this date

**Charles Davidson Swift**

is presently enrolled with the State Bar of Texas as an active member in good standing.

IN TESTIMONY WHEREOF witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this, the 8th day of August, 2016.
BLAKE HAWTHORNE, Clerk

by _____
Brad Sonego, Deputy Clerk

No. 0808B

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.



**District of Columbia Court of Appeals**
Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## CHARLES DAVIDSON SWIFT

was on **MAY 1, 2009** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **AUGUST 15, 2016**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

# Supreme Court
## OF THE STATE OF NORTH CAROLINA



I, J. Bryan Boyd, Clerk of the Supreme Court of North Carolina, do hereby certify that on 26 August 1994, license to practice as an Attorney and Counselor at Law in all the Courts of this State was issued by the North Carolina Board of Law Examiners to

## CHARLES DAVIDSON SWIFT

according to the certified list of licentiates reported by the Secretary of said Board and filed in my office as required by statute.

To the date of this certificate, no order revoking said license has been filed with this Court and no order suspending same is in effect.

WITNESS my hand and the Seal of the Supreme Court of North Carolina at office in Raleigh, this 9th day of August 2016.

J. Bryan Boyd
Clerk of the Supreme Court
of the State of North Carolina

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | |
|---|---|
| IN THE MATTER OF THE ADMISSION | BAR NO. 41671 |
| OF | CERTIFICATE |
| CHARLES D. SWIFT | OF |
| TO PRACTICE IN THE COURTS OF THIS STATE | GOOD STANDING |

I, Susan L. Carlson, Clerk of the Supreme Court of the State of Washington, hereby certify

## CHARLES D. SWIFT

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on October 27, 2009, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 9th day of August, 2016.

Susan L. Carlson
Supreme Court Clerk
Washington State Supreme Court