# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MOHAMED AL SERAJI,

PLAINTIFF(S)

v.

PETER NEFFENGER, et al.

DEFENDANT(S).

CASE NUMBER:

SACV 16-01637-JLS-JCGx

**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)**

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| Date Filed | Doc. No. | Title of Document |
|---|---|---|
| 12/30/2016 | 26 | Motion for Leave to File SAC |
| | | |

- ☐ Document submitted in the wrong case
- ☐ Incorrect document is attached to the docket entry
- ☐ Document linked incorrectly to the wrong document/docket entry
- ☐ Incorrect event selected. Correct event is _____
- ☐ Case number is incorrect or missing
- ☒ Hearing information is missing, incorrect, or not timely
- ☐ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies
- ☐ Case is closed
- ☒ Proposed Document was not submitted as separate attachment
- ☐ Title page is missing
- ☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
- ☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
- ☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
- ☒ Other: Hearing date and time is missing; proposed order was not submitted. Prior to filing any motion, defendant is required to view the Court's Closed Motion Dates found under Judges' Procedures and Schedules on the Court's web site.

Dated: January 3, 2017

By: JOSEPHINE L. STATON
U.S. District Judge ~~/ U.S. Magistrate Judge~~

*cc: Assigned District and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G-106 (6/12)     ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)